Garett R. Soliven  342149
Name and Prisoner/Booking Number

ASPC Eyman
Place of Confinement

PO Box 3300
Mailing Address

Florence, AZ 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

# Mar 01 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

GARETT R. SOLIVEN                        )
(Full Name of Petitioner)                )
                    Petitioner,          )
                                         )
        vs.                              )
                                         )
Ryan Thornell                            )
(Name of the Director of the Department of )
Corrections, Jailor or authorized person having )
custody of Petitioner)                   )
                                         )
                    Respondent,          )
                    and                  )
The Attorney General of the State of Arizona, )
                                         )
                    Additional Respondent. )
                                         )

CASE NO. CV-23-369-PHX-DJH (DMF)
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254**
**FOR A WRIT OF HABEAS CORPUS**
**BY A PERSON IN STATE CUSTODY**
**(NON-DEATH PENALTY)**

### PETITION

1. (a)  Name and location of court that entered the judgment of conviction you are challenging: _____
    Superior Court of the State of Arizona in and for the County of Maricopa

   (b)  Criminal docket or case number: CR 2015-002917-001

2. Date of judgment of conviction: Feb. 21, 2020

3. In this case, were you convicted on more than one count or crime?     Yes ☒     No ☐

Revised 3/9/07

**530**

4. Identify all counts and crimes for which you were convicted and sentenced in this case: _____
   _Complete list incorporated herein attached._
   _____
   _Attachment A_

5. Length of sentence for each count or crime for which you were convicted in this case: _____
   _Complete accounting incorporated herein attached._
   _____
   _Attachment A_

6. (a) What was your plea?
   Not guilty                              ☒
   Guilty                                  ☐
   Nolo contendere (no contest)            ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _N/A_
   _____
   _____
   _____

   (c) If you went to trial, what kind of trial did you have? (Check one)   Jury ☒      Judge only ☐

7. Did you testify at the trial?   Yes ☒      No ☐

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☒      No ☐

   If yes, answer the following:

   (a) Date you filed: _Aug. 21, 2020_

   (b) Docket or case number: _CA-CR 20-0128_

   (c) Result: _Conviction AFFIRMED_

   (d) Date of result: _Sept. 2, 2021_

   (e) Grounds raised: _Constitution of United States Fourth Amendment violation._
   _The court reached a conclusion on the merits that is clearly wrong as a matter of_
   _Federal law and in opposition to Supreme Court opinion and precedent._
   _The trial court errored denying Defense's motion to suppress._
   _____
   _Attachment B_

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

9.  Did you appeal to the Arizona Supreme Court?        Yes ☒        No ☐

If yes, answer the following:

(a) Date you filed: _11/28/21_

(b) Docket or case number: _CR-21-0298-PR_

(c) Result: _Petition for Review = Denied_

(d) Date of result: _03/24/2022_

(e) Grounds raised: _Constitutional Violation of the United States_
_Constitution's Fourth Amendment. The Appeals court failed to recognize and uphold_
_Supreme Court opinion and precedent to reach a conclusion that is clearly wrong on the_
_merits._

_Attachment C_

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

10. Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐    No ☒

If yes, answer the following:

(a) Date you filed: _____

(b) Docket or case number: _____

(c) Result: _____

(d) Date of result: _____

(e) Grounds raised: _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?        Yes ☒        No ☐

If yes, answer the following:

3

(a) First Petition.

   (1) Date you filed: _Notice filed 04/17/22   Petition, pro se filed 11/16/22_

   (2) Name of court: _Superior Court of Arizona, Maricopa County_

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _Rule 32_

   (4) Docket or case number: _CR 2015-002917-001_

   (5) Result: _Unresolved, Pending_

   (6) Date of result: _____

   (7) Grounds raised: _Constitutional Violation to defendant's right to a_
_preliminary hearing during probable cause stage was committed, resulting in_
_fundamental error._

   _Attachment D_

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b) Second Petition.

   (1) Date you filed: _____

   (2) Name of court: _____

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _____

   (4) Docket or case number: _____

   (5) Result: _____

   (6) Date of result: _____

   (7) Grounds raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

4

(c) Third Petition.

    (1) Date you filed: _____

    (2) Name of court: _____

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4) Docket or case number: _____

    (5) Result: _____

    (6) Date of result: _____

    (7) Grounds raised: _____

    _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d) Did you appeal the action taken on your petition, application, or motion to the:

|  | Arizona Court of Appeals: |  | Arizona Supreme Court: |  |
|---|---|---|---|---|
| (1) First petition: | Yes ☐ | No ☒ | Yes ☐ | No ☒ |
| (2) Second petition: | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| (3) Third petition | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

(e) If you did not appeal to the Arizona Court of Appeals, explain why you did not: _____
*The first petition is still pending before the Superior Court.*
_____
_____
_____
_____

12. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    <u>**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** The court's denial of Defense's motion to suppress the data evidence extracted from the cell phones seized under an unconstitutional warrant was in error. The overbroad search warrant, lacking all particularity, violated the United States Constitution's Fourth Amendment and improperly served without notice prior to seizures.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

The search warrant contains many elements that allow wide latitude in regards to discretion, employing the clause 'any and all' repeatedly.

The search warrant is drafted for a street address, not any particular electronic device and does not authorize any device for forensic examination.

The search warrant authorizes the search and seizure for evidence not supported by probable cause.

The seizure of cell phones took place without notice of a warrant, at a location not specified on, and before, the warrant was served.

In evidentiary hearings law enforcement testified to knowledge of the search warrant's deficiency and admission to improper seizure. Law enforcement also gave false testimony to statements and subject matter not supported by facts, both in hearings and trial; transcripts and expert witness depositions support this.

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals? Yes ☒    No ☐

(c) If yes, did you present the issue in a:
Direct appeal ☒
First petition ☐
Second petition ☐
Third petition ☐

(d) If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court? Yes ☒    No ☐

**GROUND TWO:** The State proceeded with prosecution of Appellant, by way of Circumventing his constitutional right to a preliminary hearing before a magistrate. In doing so, committed fundamental error.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Appellant was arrested, without warrant, and charged in a complaint with a felony. These criteria entitle a defendant the right to a preliminary hearing before a magistrate within 10 days. Before the 10 days expired, the State violated the state Constitution and procedural rules by going before a grand jury, securing an indictment and vacating the preliminary hearing date. Thereby denying Appellant his rights.

Greater detail and expanded explaination can be found in attached Rule 32 post-Conviction Reply to State's Response(at Attachment D).

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals? Yes ☐    No ☒

(c) If yes, did you present the issue in a:

    Direct appeal    ☐
    First petition    ☐
    Second petition    ☐
    Third petition    ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: This issue is still before the Superior Court of Arizona for Maricopa County. This issue added and Habeas filed due to approaching time limit expiration.

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court? Yes ☐    No ☒

**GROUND THREE:** _N/A_

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals? Yes ☐    No ☐

(c) If yes, did you present the issue in a:
       Direct appeal     ☐
       First petition      ☐
       Second petition   ☐
       Third petition    ☐

(d) If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: ____

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court? Yes ☐    No ☐

**GROUND FOUR:** ___N/A_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?  Yes ☐      No ☐

(c) If yes, did you present the issue in a:
    Direct appeal      ☐
    First petition       ☐
    Second petition    ☐
    Third petition      ☐

(d)  If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____

_____

_____

_____

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?  Yes ☐      No ☐

**Please answer these additional questions about this petition:**

13.  Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☐     No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available: _____

_____

_____

_____

_____

_____


14.  Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?  Yes ☒     No ☐

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised:  Petition for post-conviction relief filed Nov. 9, 2022 in Superior Court for Arizona in and for Maricopa County at 201 W. Jefferson Phoenix, Arizona 85003. Case No. CR2015-002917-001. The issue raised pertains to the State's usurpation of Appellant's constitutional right to preliminary hearing.

_____


15.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?     Yes ☐     No ☒

    If yes, answer the following:

    (a) Name and location of the court that imposed the sentence to be served in the future:

_____

_____

_____

    (b) Date that the other sentence was imposed: _____

    (c) Length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?     Yes ☐     No ☐

16.  TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

_The Arizona Supreme Court ruling that Appellant's Petition for Review was DENIED is dated March 24, 2022. This petition is timely filed._

*Section 2244(d) provides in part that:
   (1)  A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of-
      (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
      (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
   (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17.  Petitioner asks that the Court grant the following relief: _All charges dismissed with predudice, all related records expunged and seized property returned._

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

   I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _3-1-23_ (month, day, year).

**Signature of Petitioner**

_____        _3-1-23_
Signature of attorney, if any            Date

11