# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garett R Soliven,<br><br>　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　Respondents. | NO. CV-23-00369-PHX-DJH (DMF)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 28, 2023, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is denied.  Petitioner to take nothing and this action is hereby dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

June 28, 2023

　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　Deputy Clerk